## AFFIDAVIT OF SERVICE

**United States District Court For The District Of Maryland**
**Case No.: 8:20-CV-2405**

Plaintiff: **Potomac Electric Power Company**

Defendant: **Jeffrey Brown**

For: **Neurick, LLC • 400 East Pratt Street, Suite 800 • Baltimore, MD 21202**

I, Howard Douglas, private process server being duly sworn, depose and say that on the date and time stated below, I served, by hand delivering a true copy of the:

- **Summons In A Civil Action**
- **Civil Cover Sheet**
- **Complaint Including Petition For Preliminary Injunction**
- **Exhibit 1 - State Of Maryland Property Search**
- **Exhibit 2 - Defendant's Signed & Notarized Release Of Claims**
- **Exhibit 3 - Defendant's Signed & Notarized Utility Easement Documents**
- **Plaintiff's Local Rule 103.3 Disclosures**

at the location named below

Date: **08/23/2019**   Time: **4:10 PM**
Location: **9001 Allentown Road • Ft. Washington, MD 20744**

The person I left the documents with acknowledged being: 1) A resident of the above address; 2) 18 years go age or older; 3) Of suitable discretion in that relationship to the Defendant is as described below; 4) The above listed address is the Defendant's residence of usual place of abode.  The facts upon which I conclude that individual served is of suitable age discretion are: questioning and observation.

Served: **Jeffrey Brown**            Relationship To Witness: **Self / Defendant**

Description Of Defendant / Person Served:
Race: **Black**  / Sex: **Male**  / Height: **6'4"**  / Weight: **265**  / Hair: **Bald**  / Age: **52**

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not a party to this action.

The cost of service: **$67.00**

_____
Howard Douglas
Paramount Process Servers
5 Glyndon Drive, #855
Reisterstown, Maryland 21136
Howard@ParamountProcessServers.com
410-881-2400