UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **POTOMAC ELECTRIC** | ) | |
| **POWER COMPANY** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Case No.: 8:20-cv-2405 |
| | ) | |
| **JEFFREY BROWN** | ) | |
| | ) | |
| **Defendant** | ) | |

_____

### NOTICE OF SERVICE

I HEREBY CERTIFY that on the 26th day of August 2020, a copy of the Case Management Order was served by first class U.S. mail, postage prepaid, on:

> Jeffrey Brown
> 9001 Allentown Road
> Ft. Washington, MD 20744

Respectfully submitted,

/S/ Alan B. Neurick
_____
Alan B. Neurick, Bar No.:14607
NEURICK LLC
400 East Pratt Street
Suite 800
Baltimore, Maryland 21202
Office: (410) 736-9367
Fax: (410) 630-3447
Email: alan@neurick.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of September 2020, a copy of the foregoing was served by first class U.S. mail, postage prepaid, on:

>Jeffrey Brown
>9001 Allentown Road
>Ft. Washington, MD 20744

/S/ Alan B. Neurick
_____
Alan B. Neurick, Bar No.: 14607